362

Armin F. Hillmer et al., Plaintiffs, v. Chicago Bank of Commerce et al., Defendants.
Armin F. Hillmer et al., Appellants, v. Karl E. Seyfarth, Appellee.

Gen. No. 42,597.

opinion filed October 25, 1943. Deneen & Massena and Leonard & Leonard, for appellants; Marshall A. Pipin, Gordon McLeish Leonard and John H. Martin, of counsel; Taylor, Miller, Busch & Boyden, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.

Robert Megahy, Appellee, v. Thelma Megahy, Appellant.

Gen. No. 42,611.

opinion filed October 25, 1943; rehearing denied November 8, 1943. Braden, Hall, Barnes & Blakey, for appellant; Houston H. Hall, of counsel; David J. Maddox, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.